# Exhibit 10

 **UBS**

# FA Compensation Plan
# Acknowledgement

I have received my copy of the 2007 Financial Advisor Compensation Plan ("Plan")
and understand it is my responsibility to read it and understand its contents. I agree
that I will be bound by the terms of the Plan. I understand that notwithstanding the
Plan, I am and will remain an at-will employee, which means that either I or UBS can
terminate my employment at any time, for any or no reason, with or without
advance notice.

4337215

_Elridge N. Bollich_

Employee Name

_Elridge N. Bollich_

Employee Signature

_3/28/07_

Date

Please return this signed acknowledgement to your Branch Management team.

LEGAL_US_E # 72440501.1

# Exhibit 11

 UBS

# FA Compensation Plan Acknowledgement

I have received my copy of the 2007 Financial Advisor Compensation Plan ("Plan") and understand it is my responsibility to read it and understand its contents. I agree that I will be bound by the terms of the Plan. I understand that notwithstanding the Plan, I am and will remain an at-will employee, which means that either I or UBS can terminate my employment at any time, for any or no reason, with or without advance notice.

_____

Employee Name

_____

Employee Signature

_____

Date

Please return this signed acknowledgement to your Branch Management team.

✤ UBS

# FA Compensation Plan Acknowledgement

I have received my copy of the Financial Advisor Compensation Plan ("Plan"), effective 1/1/2009 and understand and agree that I am bound by its terms.

_Ray A. Cox_

Employee Name

_[signature]_

Employee Signature

_7·02·09_

Date

Please return this signed acknowledgement to your Branch Management team.

Exhibit 12

# UBS

## FA Compensation Plan Acknowledgement

461- 49-0023

I have received my copy of the 2007 Financial Advisor Compensation Plan ("Plan") and understand it is my responsibility to read it and understand its contents. I agree that I will be bound by the terms of the Plan. I understand that notwithstanding the Plan, I am and will remain an at-will employee, which means that either I or UBS can terminate my employment at any time, for any or no reason, with or without advance notice.

431377/

JEFF M. DAVIS
Employee Name

Employee Signature

3-28-07
Date

Please return this signed acknowledgement to your Branch Management team.

# Exhibit 13



# FA Compensation Plan Acknowledgement

I have received my copy of the 2007 Financial Advisor Compensation Plan ("Plan") and understand it is my responsibility to read it and understand its contents. I agree that I will be bound by the terms of the Plan. I understand that notwithstanding the Plan, I am and will remain an at-will employee, which means that either I or UBS can terminate my employment at any time, for any or no reason, with or without advance notice.

_Mark Eddingson_

Employee Name

_Mark Elt_

Employee Signature

_3/28/07_

Date

Please return this signed acknowledgement to your Branch Management team.

LEGAL_US_E # 72440501.1

 UBS

# FA Compensation Plan Acknowledgement

I have received my copy of the Financial Advisor Compensation Plan ("Plan"),
effective 1/1/2008 and understand and agree that I am bound by its terms.

_Mark Eddingston_

Employee Name

_[signature]_

Employee Signature

_7/9/08_

Date

Please return this signed acknowledgement to your Branch Management team.

Exhibit 14

✠ UBS

# FA Compensation Plan Acknowledgement

I have received my copy of the 2007 Financial Advisor Compensation Plan ("Plan") and understand it is my responsibility to read it and understand its contents. I agree that I will be bound by the terms of the Plan. I understand that notwithstanding the Plan, I am and will remain an at-will employee, which means that either I or UBS can terminate my employment at any time, for any or no reason, with or without advance notice.

George Galanis
Employee Name

Employee Signature

3/28/07
Date

4313766l

Please return this signed acknowledgement to your Branch Management team.

Exhibit 15



**BrokerCheck Report**

# ELRIDGE NICHOLAS BOLLICH

CRD# 25253

Report #18575-20704, data current as of Tuesday, August 21, 2012.

| <u>Section Title</u> | <u>Page(s)</u> |
| --- | --- |
| Report Summary | 1 |
| Broker Qualifications | 2 - 4 |
| Registration and Employment History | 5 |



## ELRIDGE N. BOLLICH
CRD# 25253

**Currently employed by and registered with the following FINRA Firm(s):**

**SOUTHWEST SECURITIES, INC.**
3 RIVERWAY
SUITE 1400
HOUSTON, TX  77056
CRD# 6220
Registered with this firm since: 04/28/2009

# Report Summary for this Broker

This report summary provides an overview of the broker's professional background and conduct. Additional information can be found in the detailed report.

## Broker Qualifications

**This broker is registered with:**

- 11 Self-Regulatory Organizations
- 7 U.S. states and territories

Is this broker currently suspended or inactive with any regulator? **No**

**This broker has passed:**

- 2 Principal/Supervisory Exams
- 3 General Industry/Product Exams
- 1 State Securities Law Exam

## Registration History

This broker was previously registered with FINRA at the following brokerage firms:

**UBS FINANCIAL SERVICES INC.**
CRD# 8174
HOUSTON, TX
06/1997 - 05/2009

**SMITH BARNEY INC.**
CRD# 7059
NEW YORK, NY
10/1988 - 06/1997

**ROTAN MOSLE INC.**
CRD# 727
02/1972 - 10/1988

## Disclosure Events

Disclosure events are certain criminal matters; regulatory actions; civil judicial proceedings; customer complaints, arbitrations, or civil litigations; employment terminations; and financial matters in which the broker has been involved.

Are there events disclosed about this broker?  **No**

## Investment Adviser Representative Information

This individual is a broker and an investment adviser representative. For more information about investment adviser representatives, visit the SEC's Investment Adviser Public Disclosure website at : http://www.adviserinfo.sec.gov

©2012 FINRA. All rights reserved.    Report# 18575-20704 about ELRIDGE N. BOLLICH. Data current as of Tuesday, August 21, 2012.

# Registration and Employment History



## Registration History

This broker previously was registered with FINRA at the following firms:

| Registration Dates | Firm Name | CRD# | Branch Location |
|---|---|---|---|
| 06/1997 - 05/2009 | UBS FINANCIAL SERVICES INC. | 8174 | HOUSTON, TX |
| 10/1988 - 06/1997 | SMITH BARNEY INC. | 7059 | NEW YORK, NY |
| 02/1972 - 10/1988 | ROTAN MOSLE INC. | 727 | |
| 12/1970 - 03/1972 | CLARK, DODGE & CO., INCORPORATED | 161 | |
| 08/1966 - 01/1971 | ROTAN MOSLE INC. | 727 | |

## Employment History

Below is the broker's employment history for up to the last 10 years.

**Please note that the broker is required to provide this information only while registered with FINRA and the information is not updated after the broker ceases to be registered. Therefore, an employment end date of "Present" may not reflect the broker's current employment status.**

| Employment Dates | Employer Name | Employer Location |
|---|---|---|
| 04/2009 - Present | SOUTHWEST SECURITIES, INC. | HOUSTON, TX |
| 05/1997 - 04/2009 | UBS FINANCIAL SERVICES INC. | HOUSTON, TX |

## Other Business Activities

This section includes information, if any, as provided by the broker regarding other business activities the broker is currently engaged in either as a proprietor, partner, officer, director, employee, trustee, agent or otherwise. This section does not include non-investment related activity that is exclusively charitable, civic, religious or fraternal and is recognized as tax exempt.

ARRIOLA OPERATING & CONSULTING INC. - ONLY OIL & GAS WELLS - NOT INVESTMENT RELATED - 16910 DALLAS PARKWAY, STE 118 DALLAS, TX 75248 - OIL & GAS WELL - INVESTOR - I WILL USE GENOVA PROSPECT LLC. TO FUND THE VENTURE A WHOLEY OWNED LLC. I AM OWNER - 01/11/2011 - OIL & GAS WELLS - NO COMPENSATION - 0 HRS DRNG BSNSS HRS - 0 HRS DRNG NON BSNSS HRS - NO CONFLICTS OF INTEREST.

Exhibit 16

# FORM U5
# UNIFORM TERMINATION NOTICE FOR SECURITIES INDUSTRY REGISTRATION

**U5 - FULL 05/13/2009**                                   Rev. Form U5 (10/2005)

**Individual Name: BOLLICH, ELRIDGE NICHOLAS (25253)**

**Firm Name: UBS FINANCIAL SERVICES INC. (8174)**

### NOTICE TO THE INDIVIDUAL WHO IS THE SUBJECT OF THIS FILING

*Even if you are no longer registered you continue to be subject to the jurisdiction of regulators for at least two years after your registration is terminated and may have to provide information about your activities while associated with this firm. Therefore, you must forward any residential address changes for two years following your termination date or last Form U5 amendment to: CRD Address Changes, P.O. Box 9495, Gaithersburg, MD 20898-9495.*

### 1. GENERAL INFORMATION

| | | | |
|---|---|---|---|
| **First Name:** ELRIDGE | **Middle Name:** NICHOLAS | **Last Name:** BOLLICH | **Suffix:** |
| **Firm CRD #:** 8174 | **Firm Name:** UBS FINANCIAL SERVICES INC. | **Firm NFA #:** | |
| **Individual CRD #:** 25253 | **Individual SSN:** xxx-xx-xxxx | **Individual NFA #:** | **Firm Billing Code:** PJ0 |

**Office of Employment Address**

| CRD Branch # | NYSE Branch Code # | Firm Billing Code | Address | Private Residence | Type of Office | Start Date | End Date |
|---|---|---|---|---|---|---|---|
| | | PJ0 | 4400 POST OAK PARKWAY 9TH FLOOR HOUSTON , TX 77027 | N | Located At | 05/30/1997 | 04/24/2009 |
| 88812 | PJ0 | PJ0 | 4400 POST OAK PARKWAY  HOUSTON , TX 77027 UNITED STATES | N | Located At | 06/23/2006 | 04/24/2009 |

### 2. CURRENT RESIDENTIAL ADDRESS

### NOTICE TO THE FIRM

*This is the last reported residential address. If this is not current, please enter the current residential address.*

| From | To | Street | City | State | Country | Postal Code |
|---|---|---|---|---|---|---|
| 08/1983 | PRESENT | 3 CAPE COD LANE | HOUSTON | TX | United States | 77024 |

### 3. FULL TERMINATION

**Is this a *FULL TERMINATION*?** ● Yes ○ No
Note: A "Yes" response will terminate ALL registrations with all *SROs* and all *jurisdictions*.

**Reason for Termination:** Other  * Provide an explanation below

FIRM BUSINESS STRATEGY

## 4. DATE OF TERMINATION

**Date Terminated (MM/DD/YYYY):** 04/24/2009
A complete date of termination is required for full or partial termination. This date represents the actual date that the termination of registration is effective.

## 6. AFFILIATED FIRM TERMINATION

No Information Filed

## 7. DISCLOSURE QUESTIONS

IF THE ANSWER TO ANY OF THE FOLLOWING QUESTIONS IN SECTION 7 IS 'YES', COMPLETE DETAILS OF ALL EVENTS OR PROCEEDINGS ON APPROPRIATE DRP(S). IF THE INFORMATION IN SECTION 7 HAS ALREADY BEEN REPORTED ON FORM U4 OR FORM U5, DO NOT RESUBMIT DRPs FOR THESE ITEMS. REFER TO THE EXPLANATION OF TERMS SECTION OF FORM U5 INSTRUCTIONS FOR EXPLANATION OF ITALICIZED WORDS.

### Investigation Disclosure

|  |  | YES | NO |
|---|---|:---:|:---:|
| **7A.** | Currently is, or at termination was, the individual the subject of an *investigation* or *proceeding* by a domestic or foreign governmental body or *self-regulatory organization* with jurisdiction over *investment-related* businesses? (Note: Provide details of an *investigation* on an Investigation Disclosure Reporting Page and details regarding a *proceeding* on a Regulatory Action Disclosure Reporting Page.) | ○ | ● |

### Internal Review Disclosure

|  |  | YES | NO |
|---|---|:---:|:---:|
| **7B.** | Currently is, or at termination was, the individual under internal review for fraud or wrongful taking of property, or violating *investment-related* statutes, regulations, rules or industry standards of conduct? | ○ | ● |

### Criminal Disclosure

|  |  |  | YES | NO |
|---|---|---|:---:|:---:|
| **7C.** | While employed by or associated with your *firm*, or in connection with events that occurred while the individual was employed by or associated with your *firm*, was the individual: | | | |
| | **1.** | convicted of or did the individual plead guilty or nolo contendere ("no contest") in a domestic, foreign or military court to any *felony*? | ○ | ● |
| | **2.** | *charged* with any *felony*? | ○ | ● |
| | **3.** | convicted of or did the individual plead guilty or nolo contendere ("no contest") in a domestic, foreign or military court to a *misdemeanor involving*: investments or an *investment-related* business, or any fraud, false statements or omissions, wrongful taking of property, bribery, perjury, forgery, counterfeiting, extortion, or a conspiracy to commit any of these offenses? | ○ | ● |
| | **4.** | *charged* with a *misdemeanor* specified in 7(C)(3)? | ○ | ● |

## Regulatory Action Disclosure

**YES NO**

**7D.** While employed by or associated with your *firm*, or in connection with events that occurred while the individual was employed by or associated with your *firm*, was the individual *involved* in any *disciplinary action* by a domestic or foreign governmental body or *self-regulatory organization* (other than those designated as a "*minor rule violation*" under a plan approved by the U.S. Securities and Exchange Commission) with jurisdiction over the *investment-related* businesses?

## Customer Complaint/Arbitration/Civil Litigation Disclosure

**YES NO**

**7E.** 1.   In connection with events that occurred while the individual was employed by or associated with your *firm*, was the individual named as a respondent/defendant in an *investment-related*, consumer-initiated arbitration or civil litigation which alleged that the individual was *involved* in one or more *sales practice violations* and which:

    **(a)**   is still pending, or;

    **(b)**   resulted in an arbitration award or civil judgment against the individual, regardless of amount, or;

    **(c)**   was settled for an amount of $10,000 or more.

  2.   In connection with events that occurred while the individual was employed by or associated with your *firm*, was the individual the subject of an *investment-related*, consumer-initiated complaint, not otherwise reported under question 7(E)(1) above, which alleged that the individual was *involved* in one or more *sales practice violations*, and which complaint was settled for an amount of $10,000 or more?

  3.   In connection with events that occurred while the individual was employed or associated with your *firm*, was the individual the subject of an *investment-related*, consumer-initiated, written complaint, not otherwise reported under questions 7(E)(1) or 7(E)(2) above, which:

    **(a)**   would be reportable under question 14I(3)(a) on Form U4, if the individual were still employed by your *firm*, but which has not previously been reported on the individual's Form U4 by your *firm*; or

    **(b)**   would be reportable under question 14I(3)(b) on Form U4, if the individual were still employed by your *firm*, but which has not previously been reported on the individual's Form U4 by your *firm*.

## Termination Disclosure

**YES NO**

**7F.** Did the individual voluntarily *resign* from your firm, or was the individual discharged or permitted to *resign* from your firm, after allegations were made that accused the individual of:

  **1.**   violating *investment-related* statutes, regulations, rules or industry standards of conduct?

  **2.**   fraud or the wrongful taking of property?

  **3.**   failure to supervise in connection with *investment-related* statutes, regulations, rules or industry standards of conduct?

## 8. SIGNATURE

Please Read Carefully

All signatures required on this Form U5 filing must be made in this section.

A "Signature" includes a manual signature or an electronically transmitted equivalent. For purposes of an electronic form filing, a signature is effected by typing a name in the designated signature field. By

typing a name in this field, the signatory acknowledges and represents that the entry constitutes in every way, use, or aspect, his or her legally binding signature.

8A.  FIRM ACKNOWLEDGMENT
This section must be completed on all U5 form filings submitted by the *firm*.

8B.  INDIVIDUAL ACKNOWLEDGMENT AND CONSENT
This section must be completed on amendment U5 form filings where the individual is submitting changes to Part II of the INTERNAL REVIEW DRP or changes to Section 2 (CURRENT RESIDENTIAL ADDRESS).

### 8A. FIRM ACKNOWLEDGMENT

I VERIFY THE ACCURACY AND COMPLETENESS OF THE INFORMATION CONTAINED IN AND WITH THIS FORM.

**Person to contact for further information**
JOY WEBER

**Telephone # of person to contact**
201-352-0195

**Signature of *Appropriate Signatory***
RAYMOND ROBERTELLO

**Date (MM/DD/YYYY)**
05/13/2009

**Signature** _____

---

### CRIMINAL DRP

No Information Filed

### CUSTOMER COMPLAINT/ARBITRATION/CIVIL LITIGATION DRP

No Information Filed

### INTERNAL REVIEW DRP

No Information Filed

### INVESTIGATION DRP

No Information Filed

### REGULATORY ACTION DRP

No Information Filed

### TERMINATION DRP

No Information Filed

---

Privacy | Legal | Use of Web CRD®, IARD™, or PFRD™ is governed by the Terms & Conditions.
©2012 FINRA. All rights reserved. FINRA is a registered trademark of the Financial Industry Regulatory Authority, Inc.

Exhibit 17



**BrokerCheck Report**

# RAY ALLEN COX

CRD# 1163699

Report #75884-11766, data current as of Tuesday, August 21, 2012.

| **Section Title** | **Page(s)** |
| --- | --- |
| Report Summary | 1 |
| Broker Qualifications | 2 - 4 |
| Registration and Employment History | 5 |



## RAY A. COX
CRD# 1163699

**Currently employed by and registered with the following FINRA Firm(s):**

**MORGAN STANLEY SMITH BARNEY**
680 BIDDLE RD
MEDFORD, OR 97504
CRD# 149777
Registered with this firm since: 01/06/2010

# Report Summary for this Broker

This report summary provides an overview of the broker's professional background and conduct. Additional information can be found in the detailed report.

## Broker Qualifications

**This broker is registered with:**

- 4 Self-Regulatory Organizations
- 11 U.S. states and territories

Is this broker currently suspended or inactive with any regulator? **No**

**This broker has passed:**

- 1 Principal/Supervisory Exam
- 2 General Industry/Product Exams
- 2 State Securities Law Exams

## Registration History

This broker was previously registered with FINRA at the following brokerage firms:

**UBS FINANCIAL SERVICES INC.**
CRD# 8174
MEDFORD, OR
03/1993 - 01/2010

**MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED**
CRD# 7691
NEW YORK, NY
07/1991 - 01/1993

**EDWARD D. JONES & CO., L.P.**
CRD# 250
ST. LOUIS, MO
08/1988 - 05/1991

## Disclosure Events

Disclosure events are certain criminal matters; regulatory actions; civil judicial proceedings; customer complaints, arbitrations, or civil litigations; employment terminations; and financial matters in which the broker has been involved.

Are there events disclosed about this broker? **No**

## Investment Adviser Representative Information

This individual is a broker and an investment adviser representative. For more information about investment adviser representatives, visit the SEC's Investment Adviser Public Disclosure website at : http://www.adviserinfo.sec.gov

# Registration and Employment History



## Registration History

This broker previously was registered with FINRA at the following firms:

| Registration Dates | Firm Name | CRD# | Branch Location |
|---|---|---|---|
| 03/1993 - 01/2010 | UBS FINANCIAL SERVICES INC. | 8174 | MEDFORD, OR |
| 07/1991 - 01/1993 | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED | 7691 | NEW YORK, NY |
| 08/1988 - 05/1991 | EDWARD D. JONES & CO., L.P. | 250 | ST. LOUIS, MO |
| 08/1983 - 07/1984 | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED | 7691 | |

## Employment History

Below is the broker's employment history for up to the last 10 years.

**Please note that the broker is required to provide this information only while registered with FINRA and the information is not updated after the broker ceases to be registered. Therefore, an employment end date of "Present" may not reflect the broker's current employment status.**

| Employment Dates | Employer Name | Employer Location |
|---|---|---|
| 01/2010 - Present | MORGAN STANLEY SMITH BARNEY | MEDFORD, OR |
| 03/1993 - 01/2010 | UBS FINANCIAL SERVICES INC. | MEDFORD, OR |

## Other Business Activities

This section includes information, if any, as provided by the broker regarding other business activities the broker is currently engaged in either as a proprietor, partner, officer, director, employee, trustee, agent or otherwise. This section does not include non-investment related activity that is exclusively charitable, civic, religious or fraternal and is recognized as tax exempt.

TKO VIDEO COMMUNICATIONS; SAN JOSE, CA; VIDEO COMMUNICATIONS; MEMBER OF BOARD OF DIRECTORS; NO TIME SPENT DURING SECURITIES TRADING HOURS; ATTEND 2 MEETINGS PER YEAR RELATING TO BEST PRACTICES IN GROWING AND MANAGING BUSINESS

Exhibit 18

# FORM U5
# UNIFORM TERMINATION NOTICE FOR SECURITIES INDUSTRY REGISTRATION

| U5 - FULL 01/15/2010 | Rev. Form U5 (05/2009) |
|---|---|

**Individual Name: COX, RAY ALLEN (1163699)**

**Firm Name: UBS FINANCIAL SERVICES INC. (8174)**

### NOTICE TO THE INDIVIDUAL WHO IS THE SUBJECT OF THIS FILING

*Even if you are no longer registered you continue to be subject to the jurisdiction of regulators for at least two years after your registration is terminated and may have to provide information about your activities while associated with this firm. Therefore, you must forward any residential address changes for two years following your termination date or last Form U5 amendment to: CRD Address Changes, P.O. Box 9495, Gaithersburg, MD 20898-9495.*

## 1. GENERAL INFORMATION

| First Name:<br>RAY | Middle Name:<br>ALLEN | Last Name:<br>COX | Suffix: |
|---|---|---|---|
| *Firm CRD #:*<br>8174 | *Firm Name:*<br>UBS FINANCIAL SERVICES INC. | *Firm NFA #:* | |
| *Individual CRD #:*<br>1163699 | Individual SSN:<br>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 | Individual NFA #: | Firm Billing Code:<br>MG0 |

**Office of Employment Address**

| CRD Branch # | NYSE Branch Code # | Firm Billing Code | Address | Private Residence | Type of Office | Start Date | End Date |
|---|---|---|---|---|---|---|---|
| | | MG0 | 830 ALDER CREEK DRIVE<br><br>MEDFORD , OR 97504 | N | Located At | 03/01/1993 | 01/06/2010 |
| 88638 | MG0 | MG0 | 830 ALDER CREEK DRIVE<br><br>MEDFORD , OR 97504<br>UNITED STATES | N | Located At | 06/23/2006 | 01/06/2010 |

## 2. CURRENT RESIDENTIAL ADDRESS

### NOTICE TO THE FIRM

*This is the last reported residential address. If this is not current, please enter the current residential address.*

| From | To | Street | City | State | Country | Postal Code |
|---|---|---|---|---|---|---|
| 05/1997 | PRESENT | 140 GREENWAY CIRCLE | MEDFORD | OR | United States | 97504 |

## 3. FULL TERMINATION

Is this a **FULL TERMINATION?** ⦿ Yes ◯ No
Note: A "Yes" response will terminate ALL registrations with all *SROs* and all *jurisdictions*.

**Reason for Termination:** Voluntary

**Termination Explanation:**
If the Reason for Termination entered above is Permitted to Resign, Discharged or Other, provide an explanation below:

---

## 4. DATE OF TERMINATION

**Date Terminated (MM/DD/YYYY):** 01/06/2010
A complete date of termination is required for *full termination*. This date represents the date the *firm* terminated the individual's association with the *firm* in a capacity for which registration is required.

For *partial termination*, the date of termination is only applicable to post-dated termination requests during the renewal period.

Notes: For *full termination*, this date is used by *jurisdictions/SROs* to determine whether an individual is required to requalify by examination or obtain an appropriate waiver upon reassociating with another *firm*.

The *SRO/jurisdiction* determines the effective date of termination of registration.

---

## 6. AFFILIATED FIRM TERMINATION

No Information Filed

## 7. DISCLOSURE QUESTIONS

**IF THE ANSWER TO ANY OF THE FOLLOWING QUESTIONS IN SECTION 7 IS 'YES', COMPLETE DETAILS OF ALL EVENTS OR PROCEEDINGS ON APPROPRIATE DRP(S). IF THE INFORMATION IN SECTION 7 HAS ALREADY BEEN REPORTED ON FORM U4 OR FORM U5, DO NOT RESUBMIT DRPs FOR THESE ITEMS. REFER TO THE EXPLANATION OF TERMS SECTION OF FORM U5 INSTRUCTIONS FOR EXPLANATION OF ITALICIZED WORDS.**

**Disclosure Certification Checkbox (optional):** ☑

By selecting the Disclosure Certification Checkbox, the firm certifies that (1) there is no additional information to be reported at this time; (2) details relating to Questions 7A, 7C, 7D and 7E have been previously reported on behalf of *the individual* via Form U4 and/or amendments to Form U4 (if applicable); and (3) updated information will be provided, if needed, as it becomes available to the firm. Note: Use of "Disclosure Certification Checkbox" is optional.

### Investigation Disclosure

|  | YES | NO |
|---|---|---|
| **7A.** Currently is, or at termination was, the individual the subject of an *investigation* or *proceeding* by a domestic or foreign governmental body or *self-regulatory organization* with jurisdiction over *investment-related* businesses? (Note: Provide details of an *investigation* on an Investigation Disclosure Reporting Page and details regarding a *proceeding* on a Regulatory Action Disclosure Reporting Page.) | ◯ | ◯ |

## Internal Review Disclosure

|  | | YES | NO |
|---|---|---|---|
| **7B.** | Currently is, or at termination was, the individual under internal review for fraud or wrongful taking of property, or violating *investment-related* statutes, regulations, rules or industry standards of conduct? | ○ | ○ |

## Criminal Disclosure

|  | | | YES | NO |
|---|---|---|---|---|
| **7C.** | While employed by or associated with your *firm*, or in connection with events that occurred while the individual was employed by or associated with your *firm*, was the individual: | | | |
| | **1.** | convicted of or did the individual plead guilty or nolo contendere ("no contest") in a domestic, foreign or military court to any *felony*? | ○ | ○ |
| | **2.** | *charged* with any *felony*? | ○ | ○ |
| | **3.** | convicted of or did the individual plead guilty or nolo contendere ("no contest") in a domestic, foreign or military court to a *misdemeanor involving*: investments or an *investment-related* business, or any fraud, false statements or omissions, wrongful taking of property, bribery, perjury, forgery, counterfeiting, extortion, or a conspiracy to commit any of these offenses? | ○ | ○ |
| | **4.** | *charged* with a *misdemeanor* specified in 7(C)(3)? | ○ | ○ |

## Regulatory Action Disclosure

|  | | YES | NO |
|---|---|---|---|
| **7D.** | While employed by or associated with your *firm*, or in connection with events that occurred while the individual was employed by or associated with your *firm*, was the individual *involved* in any *disciplinary action* by a domestic or foreign governmental body or *self-regulatory organization* (other than those designated as a "*minor rule violation*" under a plan approved by the U.S. Securities and Exchange Commission) with jurisdiction over the *investment-related* businesses? | ○ | ○ |

## Customer Complaint/Arbitration/Civil Litigation Disclosure

|  | | | YES | NO |
|---|---|---|---|---|
| **7E.** | 1. | In connection with events that occurred while the individual was employed by or associated with your *firm*, was the individual <u>named</u> as a respondent/defendant in an *investment-related*, consumer-initiated arbitration or civil litigation which alleged that the individual was *involved* in one or more *sales practice violations* and which: | | |
| | | **(a)** is still pending, or; | ○ | ○ |
| | | **(b)** resulted in an arbitration award or civil judgment against the individual, regardless of amount, or; | ○ | ○ |
| | | **(c)** was settled, prior to 05/18/2009, for an amount of $10,000 or more, or; | ○ | ○ |
| | | **(d)** was settled, on or after 05/18/2009, for an amount of $15,000 or more? | ○ | ○ |
| | 2. | In connection with events that occurred while the individual was employed by or associated with your *firm*, was the individual the subject of an *investment-related*, consumer-initiated (written or oral) complaint, which alleged that the individual was *involved* in one or more *sales practice violations*, and which | | |
| | | **(a)** was settled, prior to 05/18/2009, for an amount of $10,000 or more, or; | ○ | ○ |
| | | **(b)** was settled, on or after 05/18/2009, for an amount of $15,000 or more? | ○ | ○ |
| | 3. | In connection with events that occurred while the individual was employed by or associated with your *firm*, was the individual the subject of an *investment-related*, consumer-initiated, written complaint, not otherwise reported under questions 7(E)(2) above, which: | | |

**(a)** would be reportable under question 14I(3)(a) on Form U4, if the individual were still employed by your *firm*, but which has not previously been reported on the individual's Form U4 by your *firm*; or   ○ ○

**(b)** would be reportable under question 14I(3)(b) on Form U4, if the individual were still employed by your *firm*, but which has not previously been reported on the individual's Form U4 by your *firm*.   ○ ○

**Answer questions (4) and (5) below only for arbitration claims or civil litigation filed on or after 05/18/2009**

4. In connection with events that occurred while the individual was employed by or associated with your *firm*, was the individual the subject of an *investment-related*, consumer-initiated, arbitration claim or civil litigation which alleged that the individual was *involved* in one or more *sales practice violations*, and which:
   **(a)** was settled for an amount of $15,000 or more, or;   ○ ○
   **(b)** resulted in an arbitration award of civil judgment against any named respondent (s)/defendant(s), regardless of amount?   ○ ○

5. In connection with events that occurred while the individual was employed by or associated with your *firm*, was the individual the subject of an *investment-related*, consumer-initiated, arbitration claim or civil litigation not otherwise reported under question 7E(4) above, which:
   **(a)** would be reportable under question 14I(5)(a) on Form U4, if the individual were still employed by your *firm*, but which has not previously been reported on the individual's Form U4 by your *firm*; or   ○ ○
   **(b)** would be reportable under question 14I(5)(b) on Form U4, if the individual were still employed by your *firm*, but which has not previously been reported on the individual's Form U4 by your *firm*.   ○ ○

**Termination Disclosure**

**YES NO**

**7F.** Did the individual voluntarily *resign* from your *firm*, or was the individual discharged or permitted to *resign* from your *firm*, after allegations were made that accused the individual of:

1. violating *investment-related* statutes, regulations, rules or industry standards of conduct?   ○ ○

2. fraud or the wrongful taking of property?   ○ ○

3. failure to supervise in connection with *investment-related* statutes, regulations, rules or industry standards of conduct?   ○ ○

---

## 8. SIGNATURE

Please Read Carefully

All signatures required on this Form U5 filing must be made in this section.

A "Signature" includes a manual signature or an electronically transmitted equivalent. For purposes of an electronic form filing, a signature is effected by typing a name in the designated signature field. By typing a name in this field, the signatory acknowledges and represents that the entry constitutes in every way, use, or aspect, his or her legally binding signature.

8A. FIRM ACKNOWLEDGMENT
   This section must be completed on all U5 form filings submitted by the *firm*.

8B. INDIVIDUAL ACKNOWLEDGMENT AND CONSENT
   This section must be completed on amendment U5 form filings where the individual is submitting changes to Part II of the INTERNAL REVIEW DRP or changes to Section 2 (CURRENT RESIDENTIAL ADDRESS).

## 8A. FIRM ACKNOWLEDGMENT

I VERIFY THE ACCURACY AND COMPLETENESS OF THE INFORMATION CONTAINED IN AND WITH THIS FORM.

**Person to contact for further information**
JOY WEBER

**Telephone # of person to contact**
201-352-0195

**Signature of Appropriate Signatory**
RAYMOND ROBERTELLO

**Date (MM/DD/YYYY)**
01/15/2010

Signature _____

---

### CRIMINAL DRP

No Information Filed

### CUSTOMER COMPLAINT/ARBITRATION/CIVIL LITIGATION DRP

No Information Filed

### INTERNAL REVIEW DRP

No Information Filed

### INVESTIGATION DRP

No Information Filed

### REGULATORY ACTION DRP

No Information Filed

### TERMINATION DRP

No Information Filed

---

Privacy | Legal | Use of Web CRD® or IARD℠ is governed by the Terms & Conditions.
©2010 FINRA. All rights reserved. FINRA is a trademark of the Financial Industry Regulatory Authority, Inc.

Exhibit 19



**BrokerCheck Report**

# JEFFERY MALCOLM DAVIS

CRD# 2195835

Report #62132-93756, data current as of Tuesday, August 21, 2012.

| Section Title | Page(s) |
| --- | --- |
| Report Summary | 1 |
| Broker Qualifications | 2 - 4 |
| Registration and Employment History | 5 |
| Disclosure Events | 6 |



## JEFFERY M. DAVIS
CRD# 2195835

**Currently employed by and registered with the following FINRA Firm(s):**

**MORGAN STANLEY SMITH BARNEY**
5001 SPRING VALLEY ROAD
SUITE 900 WEST
DALLAS, TX  75244
CRD# 149777
Registered with this firm since: 06/01/2009

# Report Summary for this Broker

This report summary provides an overview of the broker's professional background and conduct. Additional information can be found in the detailed report.

## Broker Qualifications

**This broker is registered with:**

- 4 Self-Regulatory Organizations
- 33 U.S. states and territories

Is this broker currently suspended or inactive with any regulator? **No**

**This broker has passed:**

- 0 Principal/Supervisory Exams
- 1 General Industry/Product Exam
- 1 State Securities Law Exam

## Registration History

This broker was previously registered with FINRA at the following brokerage firms:

**MORGAN STANLEY & CO. INCORPORATED**
CRD# 8209
DALLAS, TX
01/2009 - 06/2009

**UBS FINANCIAL SERVICES INC.**
CRD# 8174
DALLAS, TX
12/1998 - 01/2009

**MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED**
CRD# 7691
NEW YORK, NY
05/1992 - 12/1998

## Disclosure Events

Disclosure events are certain criminal matters; regulatory actions; civil judicial proceedings; customer complaints, arbitrations, or civil litigations; employment terminations; and financial matters in which the broker has been involved.

Are there events disclosed about this broker?  **Yes**

**The following types of disclosures were reported:**

Customer Dispute

## Investment Adviser Representative Information

This individual is a broker and an investment adviser representative. For more information about investment adviser representatives, visit the SEC's Investment Adviser Public Disclosure website at :  http://www.adviserinfo.sec.gov

©2012 FINRA. All rights reserved.    Report# 62132-93756 about JEFFERY M. DAVIS. Data current as of Tuesday, August 21, 2012.

# Registration and Employment History



## Registration History

This broker previously was registered with FINRA at the following firms:

| Registration Dates | Firm Name | CRD# | Branch Location |
|---|---|---|---|
| 01/2009 - 06/2009 | MORGAN STANLEY & CO. INCORPORATED | 8209 | DALLAS, TX |
| 12/1998 - 01/2009 | UBS FINANCIAL SERVICES INC. | 8174 | DALLAS, TX |
| 05/1992 - 12/1998 | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED | 7691 | NEW YORK, NY |
| 04/1992 - 05/1992 | THOMAS JAMES ASSOCIATES, INC. | 15609 | ROCHESTER, NY |

## Employment History

Below is the broker's employment history for up to the last 10 years.

**Please note that the broker is required to provide this information only while registered with FINRA and the information is not updated after the broker ceases to be registered. Therefore, an employment end date of "Present" may not reflect the broker's current employment status.**

| Employment Dates | Employer Name | Employer Location |
|---|---|---|
| 06/2009 - Present | MORGAN STANLEY SMITH BARNEY | DALLAS, TX |
| 01/2009 - Present | MORGAN STANLEY & CO. INCORPORATED | DALLAS, TX |
| 12/1998 - 01/2009 | UBS FINANCIAL SERVICES INC. | DALLAS, TX |

## Other Business Activities

This section includes information, if any, as provided by the broker regarding other business activities the broker is currently engaged in either as a proprietor, partner, officer, director, employee, trustee, agent or otherwise. This section does not include non-investment related activity that is exclusively charitable, civic, religious or fraternal and is recognized as tax exempt.

No information reported.