**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| MARK T. EDDINGSTON, JEFFERY M. DAVIS, ELRIDGE NICHOLAS BOLLICH and RAY A. COX,  )<br><br>Plaintiffs,  )<br><br>v.  )<br><br>UBS FINANCIAL SERVICES, INC.,  )<br><br>Defendant.  ) | Case No. 2:12-CV-00422 |

**ORDER**

Considering UBS Financial Services, Inc.'s Motion to Dismiss Plaintiffs' Amended Complaint and Compel Arbitration, IT IS ORDERED that the motion is GRANTED. Accordingly, Plaintiffs' claims are ordered to arbitration on a non-class basis and Plaintiffs' Amended Complaint is dismissed with prejudice.