# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| MARK T. EDDINGSTON, et al. | § § | |
| v. | § § | Case No. 2:12-CV-422-JRG-RSP |
| UBS FINANCIAL SERVICES, INC. | § | |

| | | |
|---|---|---|
| BILL HENDRICKS, et al. | § § | |
| v. | § § | Case No. 2:12-CV-606-JRG-RSP |
| UBS FINANCIAL SERVICES, INC. | § § | |

## Motion Hearing Minutes
## February 4, 2013

**OPENED:** 1:30 p.m.                                      **ADJOURN:** 4:45 p.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFFS: | Brendan Maher |
| | Peter Stris |
| | Robert Goodman |
| | Ted Anderson |
| | Sam Baxter |
| | |
| ATTORNEYS FOR DEFENDANTS: | Sam Shaulson |
| | Deborah Davidson |
| | Larry Phillips |
| | |
| LAW CLERK: | Chris Ponder |
| | |
| COURT REPORTER: | Shelly Holmes, CSR |
| | |
| COURTROOM DEPUTY: | Jan Lockhart |

The Court heard argument on Defendant's Motion to Dismiss Plaintiffs' Amended Complaint and Compel Arbitration (Dkt. No. 31 and Dkt. No.21). Mr. Shaulson and Ms. Davidson argued on behalf of Defendants. Mr. Stris and Mr. Goodman argued on behalf of Plaintiffs.

The Court DENIED the Motions for the reasons orally assigned in the record.

A separate Scheduling Order will issue in accordance with the discussions at the hearing.