IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| MARK T. EDDINGSTON, JEFFERY M. DAVIS, ELRIDGE NICHOLAS BOLLICH, RAY A. COX and GEORGE GALANIS, <br><br> Plaintiffs, <br><br> v. <br><br> UBS FINANCIAL SERVICES, INC., <br><br> Defendant. | § § § § § § § § § § § § § § | Civil Action No. 2:12-CV-00422 |

## DEFENDANT UBS FINANCIAL SERVICES, INC.'S CONSENTED-TO MOTION TO FILE ITS OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION UNDER SEAL

UBS Financial Services, Inc. files this consented-to motion requesting permission to file its Opposition to Plaintiff's Motion for Class Certification under seal. The parties have agreed to a Stipulation and Protective Order that provides for the confidential treatment of sensitive financial and personal information. Certain information in the Opposition and the supporting exhibits warrants such treatment. The parties are simultaneously submitting the Stipulation and Protective Order for the Court's approval. Until the Court approves the proposed Protective Order, which provides for filing of sensitive financial and personal information under seal, UBS Financial Services, Inc. respectfully requests permission to file the Opposition and supporting declarations and exhibits under seal. Plaintiffs' counsel does not oppose this Motion.

Date: April 8, 2013

Respectfully submitted,

/s/ Eugene Scalia

William J. Kilberg (*pro hac vice*)
   (wkilberg@gibsondunn.com)
Michael C. Smith                 Eugene Scalia (*pro hac vice*)
   (michaelsmith@siebman.com)     (escalia@gibsondunn.com)
SIEBMAN, BURG, PHILLIPS & SMITH LLP  Paul Blankenstein (*pro hac vice*)

1

113 East Austin Street  (pblankenstein@gibsondunn.com)
Marshall, TX 75670  GIBSON, DUNN & CRUTCHER LLP
T. 903. 938.8900, F. 972.767.4620  1050 Connecticut Avenue, N.W.
Washington, DC 20036
T. 202.955.8693, F. 202.530.9532

*Attorneys for Defendant UBS Financial Services, Inc.*

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiffs and Defendant have conferred and agree to the relief sought in this motion.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on April 8, 2013.

/s/ Eugene Scalia
Eugene Scalia