# EXHIBIT B

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

December 03, 2013

Mr. David Maland
Eastern District of Texas, Marshall
United States District Court
100 E. Houston Street
Room 125
Marshall, TX 75670-0000

     No. 13-40692    Bill Hendricks, et al v. UBS Financial
                 Services, Inc.
                 USDC No. 2:12-CV-606
                 USDC No. 2:12-CV-422

Enclosed, for the district court only, is a copy of the judgments
issued as the mandates and a copy of the court's opinion.

The electronic copy of the record has been recycled.

                   Sincerely,

                   LYLE W. CAYCE, Clerk

                   By: _____
                   Christina A. Gardner, Deputy Clerk
                   504-310-7684

cc: (letter only)
     Mr. Paul Blankenstein
     Mr. Blaine H. Evanson
     Honorable  Rodney Gilstrap
     Mr. Robert E. Goodman Jr.
     Mr. Brendan Stephen Maher
     Mr. Victor Artun O'Connell
     Honorable Roy Steven Payne
     Mr. Mark Andrew Perry
     Mr. Michael Charles Smith
     Mr. Peter K. Stris

P.S. to Judge PayneGilstrap:  A copy of the opinion was sent to
your office via email the day it was filed.