**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| MARK T. EDDINGSTON, <br> JEFFERY M. DAVIS, <br> ELDRIDGE NICHOLAS BOLLICH, and <br> RAY A. COX, <br><br> Plaintiffs, <br> v. <br><br> UBS FINANCIAL SERVICES INC., <br><br> Defendant. | § § § § § § § § § § § <br><br> CIVIL ACTION NO. 2:12-CV-00422 |

**ORDER**

Considering UBS Financial Services Inc.'s Renewed Motion to Dismiss Plaintiffs' Complaint and Compel Arbitration, IT IS ORDERED that the motion is GRANTED. Accordingly, plaintiffs' claims are ordered to arbitration on a non-class basis and plaintiffs' complaint is dismissed with prejudice.