# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT
_____

No. 13-90047
_____

BILL HENDRICKS; AUBREY B. STACY,

        Plaintiffs - Respondents

v.

UBS FINANCIAL SERVICES, INCORPORATED,

        Defendant - Petitioner

---------------------------------------------
Consolidated With
Case No. 13-90186

MARK T. EDDINGSTON; JEFFREY M. DAVIS; ELRIDGE NICHOLAS BOLLICH;
RAY A. COX,

        Plaintiffs - Respondents

v.

UBS FINANCIAL SERVICES, INCORPORATED,

        Defendant - Petitioner

_____

Petitions for Leave to Appeal
under Fed. R. Civ. P. 23(f)
_____

Before DAVIS, SOUTHWICK, and HIGGINSON, Circuit Judges.

PER CURIAM:

IT IS ORDERED that the petitions for leave to appeal under Fed. R. Civ. P. 23(f) are DISMISSED AS MOOT and the district court's order granting class certification is VACATED.