IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MARK T. EDDINGSTON, <br> JEFFERY M. DAVIS, <br> ELDRIDGE NICHOLAS BOLLICH, and <br> RAY A. COX, <br><br> Plaintiffs, <br> v. <br><br> UBS FINANCIAL SERVICES INC., <br><br> Defendant. | CIVIL ACTION NO. 2:12-CV-00422 |

## ORDER

Considering defendant UBS Financial Services Inc.'s Unopposed Motion to Extend the Time to Reply to Plaintiffs' Response to Defendant's Renewed Motion to Dismiss Plaintiffs' Complaint and Compel Arbitration, IT IS ORDERED that the motion is GRANTED. Defendant UBS Financial Services Inc. shall file a reply to plaintiffs' response on or before January 6, 2014.

**SIGNED this 2nd day of January, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE