# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MARK T. EDDINGSTON, <br> JEFFERY M. DAVIS, <br> ELDRIDGE NICHOLAS BOLLICH, and <br> RAY A. COX, <br><br> Plaintiffs, <br> v. <br><br> UBS FINANCIAL SERVICES INC., <br><br> Defendant. | § § § § § § § § § § § § CIVIL ACTION NO. 2:12-CV-00422 |

## ORDER

Considering UBS Financial Services Inc.'s Renewed Motion to Dismiss Plaintiffs' Complaint and Compel Arbitration (Dkt. 147), plaintiffs' claims are ORDERED to arbitration in accordance with the November 11, 2013 decision of the U.S. Fifth Circuit Court of Appeals in this mattter, and plaintiffs' complaint is DISMISSED without prejudice to the right of either party to petition this Court for enforcement of this Order or any arbitral award.

**SIGNED this 7th day of January, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE